Scott M. Petersen, #7599
Clint R. Hansen, #12108
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, Utah  84111
Telephone:  (801) 531-8900
Facsimile: (801) 531-1716
spetersen@fabianvancott.com
chansen@fabianvancott.com
*Attorneys for Unum Life Insurance Company*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AMBER B. BOWMAN, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>       Defendant. | Case No. 2:24-cv-340<br><br>**NOTICE OF REMOVAL**<br><br>Judge |

Pursuant to 28 U.S.C. 1441 and 1446, Defendant Unum Life Insurance Company of America ("Unum"), hereby gives notice of removal to the United States District Court for the District of Utah, of the following case pending in the Third Judicial District Court, Salt Lake County, Utah:

*Amber B. Bowman, v. Unum Life Ins. Co. of Amer.*, (Utah 2nd District, Case No. 240700447)

In support of this Notice of Removal, Unum submits the following:

1

## STATEMENT OF GROUNDS FOR REMOVAL

### I.    TIMELINESS OF REMOVAL

On or about April 20, 2024 Plaintiff ("Plaintiff") instituted this action in the Third District Court, Salt Lake County, State of Utah (the "**State Court Action**"). Unum was served with a copy of the Complaint on May 3, 2024. Unum's filing of this Notice of Removal is timely because it is within 30 days of formal service of the original Complaint as provided for in 28 U.S.C. § 1446(b). *See Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 119 S. Ct. 1322, 1328-29 (1999). Copies of the Notice of Service of Process from Unum's registered agent, along with copies of all pleadings and documents served on Unum, are attached as **Exhibit A**.

### II.    DIVERSITY

This Court has jurisdiction under the provisions of 28 U.S.C. § 1332(a), diversity jurisdiction. "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-- (1) citizens of different States; ...." 28 U.S.C. § 1332(a).

### a.  The Amount in Controversy Exceeds $75,000.

Plaintiff's Complaint seeks recovery of disability benefits under a group long term disability insurance policy. Plaintiff alleges that after a 90-day "elimination period," the Plan was required to have paid her benefits in the amount of 66.6667% her pre-disability monthly earnings (to a max of $7,000 per month) from age 42 to 67, or a period of approximately 25 years. *See* Complaint at ¶¶ 7, 12, 18, 21. The Complaint does not specifically identify the total dollar amount of Plaintiff's claim nor does it state her pre-disability monthly earnings; but during the claim process, her employer (the Plan sponsor) reported to Unum that Plaintiff's pre-disability

earnings were $4,257.48/month. *See* **Exhibit B** hereto. Thus, Plaintiff's Complaint seeks to recover $2,838.32 per month (66.6667% of $4,257.48), which is $34,059.86 per year, for approximately 25 years, or well in excess of the $75,000 threshold. (Compl., ¶¶ 13, 18, 25). The alleged damages are well over the $75,000 jurisdictional limit and satisfy the "amount in controversy" requirement of 28 U.S.C. § 1332(a).

    **b. The Parties are of Diverse Citizenship.**

A party seeking removal predicated on diversity of citizenship must allege sufficient facts to show diversity both at the time of the commencement of the action in state court and at the time of removal. *Bank IV Salina, N.A. v. Aetna Cas. & Sur. Co.*, 783 F. Supp. 1315, 1316 (D. Kan. 1992) (citing *Stevens v. Nichols,* 130 U.S. 230, 231 (1889)). The corporate party's place of incorporation and principal place of business at the time of the complaint must be alleged either in the complaint or in the removal petition. *Salina*, 783 F. Supp at 1316 (citing *14A Wright, Miller & Cooper, Federal Practice and Procedure: Jurisdiction 2d § 3733*, pp. 533-35 (1985)).

Plaintiff is an individual, and a citizen of Alaska. Complaint at ¶ 1. Unum is a Maine corporation with its principal place of business in Portland, Maine. Accordingly, the diversity requirement of 28 U.S.C. § 1332(a) is also met.

**III.  NOTICE**

Pursuant to 28 U.S.C. § 1446(d), prompt notice of the filing of this Notice of Removal is being given to Plaintiff, and a true and correct copy of this Notice of Removal is being filed with the Third District Court, Salt Lake County, Utah.

Pursuant to Fed. R. Civ. P. 81(c), Defendant will timely answer or otherwise respond to the Complaint, and does not waive any affirmative defenses, including but not limited to,

preemption, lack of personal jurisdiction, lack of subject matter jurisdiction, and statute of limitations.

**IV.    PRAYER**

WHEREFORE, pursuant to 28 U.S.C. sections 1441 and 1446, Unum requests that the action captioned *Amber B. Bowman, v. Unum Life Ins. Co. of Amer.* be removed from the Second District Court, Davis County, State of Utah to the United States District Court for the District of Utah.

DATED this 13th day of May, 2024.

/s/ *Clint R. Hansen*
Clint R. Hansen
Scott M. Petersen
FABIAN VANCOTT
*Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 13th day of May, 2024, a true and correct copy of the

foregoing was served via the court's electronic filing system on the following:

> Andrew Reichardt
> 5330 S. 900 E., Suite 115
> Salt Lake City, UT 84117
> andrew@utdisability.com
> *Attorneys for Plaintiffs*

> */s/ Clint R. Hansen*

# EXHIBIT A



# Notice of Service of Process

MC4 / ALL
**Transmittal Number: 29046622**
**Date Processed: 05/06/2024**

**Primary Contact:**
Jen Majic
UNUM
1 Fountain Sq
Mailstop 7N200
Chattanooga, TN 37402-1306

**Electronic copy provided to:**
Judy Drake
Janna Thomas

| | |
|---|---|
| **Entity:** | UNUM Life Insurance Company Of America<br>Entity ID Number  2979591 |
| **Entity Served:** | Unum Life Insurance Company Of America |
| **Title of Action:** | Amber M. Bowman vs. Unum Life Insurance Company of America |
| **Matter Name/ID:** | Amber M. Bowman vs. Unum Life Insurance Company of America (15617106) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Davis County District Court, UT |
| **Case/Reference No:** | 240700447 |
| **Jurisdiction Served:** | Utah |
| **Date Served on CSC:** | 05/03/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | The Laaw Office of Andrew Reichardt<br>801-261-3400 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Andrew Reichardt
_____
Name

5330 South 900 East #115
_____
Address

Salt Lake City, UT 84117
_____
City, State, Zip

(801) 261-3400
_____
Phone

andrew@utdisability.com
_____
Email

I am  [ ] Plaintiff/Petitioner         [ ] Defendant/Respondent
      [X] Plaintiff/Petitioner's Attorney  [ ] Defendant/Respondent's Attorney  (Utah Bar #:  11343  )
      [ ] Plaintiff/Petitioner's Licensed Paralegal Practitioner
      [ ] Defendant/Respondent's Licensed Paralegal Practitioner         (Utah Bar #:_____ )

## In the District Court of Utah

_____Second_____ Judicial District ___Davis___ County

Court Address  800 West State Street, P. O. Box 769, Farmington, UT, 84025

| | |
|---|---|
| AMBER M. BOWMAN,<br>Plaintiff/Petitioner<br><br>v.<br><br>UNUM LIFE INS. CO. OF AMERICA,<br>Defendant/Respondent | **Summons** (To be served outside Utah)<br><br>240700447<br>Case Number<br><br>MICHAEL D DIREDA<br>Judge<br><br>_____<br>Commissioner (domestic cases) |

The State of Utah to

___Unum Life Insurance Company of America_____ (party's name):

| | |
|---|---|
| A lawsuit has been filed against you. You must respond in writing by the deadline for the court to consider your side. The written response is called an Answer. | Se ha presentado una demanda en su contra. Si desea que el juez considere su lado, deberá presentar una respuesta por escrito dentro del periodo de tiempo establecido. La respuesta por escrito es conocida como la Respuesta. |

**Deadline!**
Your Answer must be filed with the court and served on the other party **within 30 days** of the date you were served with this Summons.

If you do not file and serve your Answer by the deadline, the other party can ask the court for a default judgment. A default judgment means the other party can get what they asked for, and you do not get the chance to tell your side of the story.

**Read the complaint/petition**
The Complaint or Petition has been filed with the court and explains what the other party is asking for in their lawsuit. Read it carefully.

**Answer the complaint/petition**
You must file your Answer in writing with the court **within 30 days** of the date you were served with this Summons. You can find an Answer form on the court's website: utcourts.gov/ans

Scan QR code to visit page

**Serve the Answer on the other party**
You must email, mail or hand deliver a copy of your Answer to the other party (or their attorney or licensed paralegal practitioner, if they have one) at the address shown at the top left corner of the first page of this Summons.

**¡Fecha límite para contestar!**
Su Respuesta debe ser presentada en el tribunal y también con la debida entrega formal a la otra parte **dentro de 30 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio.

Si usted no presenta una respuesta ni hace la entrega formal dentro del plazo establecido, la otra parte podrá pedirle al juez que asiente un fallo por incumplimiento. Un fallo por incumplimiento significa que la otra parte recibe lo que pidió, y usted no tendrá la oportunidad de decir su versión de los hechos.

**Lea la demanda o petición**
La demanda o petición fue presentada en el tribunal y ésta explica lo que la otra parte pide. Léala cuidadosamente.

**Cómo responder a la demanda o petición**
Usted debe presentar su Respuesta por escrito en el tribunal **dentro de 30 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Puede encontrar el formulario para la presentación de la Respuesta en la página del tribunal: utcourts.gov/ans-span

Para accesar esta página escanee el código QR

**Entrega formal de la respuesta a la otra parte**
Usted deberá enviar por correo electrónico, correo o entregar personalmente una copia de su Respuesta a la otra parte (o a su abogado o asistente legal, si tiene) a la dirección localizada en

la esquina izquierda superior de la primera hoja del citatorio.

**Finding help**
The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.



Scan QR code to visit page

**Cómo encontrar ayuda legal**
Para información sobre maneras de obtener ayuda legal, vea nuestra página de Internet Cómo Encontrar Ayuda Legal. (utcourts.gov/help-span) Algunas maneras de obtener ayuda legal son por medio de una visita a un taller jurídico gratuito, o mediante el Centro de Ayuda. También hay ayuda legal a precios de descuento y consejo legal breve.



Para accesar esta página escanee el código QR

---

An Arabic version of this document is available on the court's website:
نسخة عربية من هذه الوثيقة على موقع المحكمة على الإنترنت:توجد
utcourts.gov/arabic-out

قم بالمسح الضوئي
للرمز لزيارة الصفحة

---

A Simplified Chinese version of this document is available on the court's website:
本文件的简体中文版可在法院网站上找到：
utcourts.gov/chinese-out



请扫描QR码访问网页

---

A Vietnamese version of this document is available on the court's website:
Một bản tiếng Việt của tài liệu này có sẵn trên trang web của tòa:
utcourts.gov/viet-out



Xin vui lòng quét mã QR (Trả lời nhanh)để viếng trang

---

## Plaintiff/Petitioner or Defendant/Respondent

I declare under criminal penalty under the law of Utah that everything stated in this document is true.

Signed at _____ (city, and state or country).

_____     Signature ▶ _____
Date

Printed Name _____

## Attorney or Licensed Paralegal Practitioner of record (if applicable)

---

04/20/2024
Date

Signature ▶

Printed Name    Andrew Reichardt

## Utah District Court Cover Sheet for Civil Actions (Not for Probate and Domestic Relations Cases)

**Interpretation.** If you do not speak or understand English, the court will provide an interpreter. Contact court staff immediately to ask for an interpreter.

**Interpretación.** Si usted no habla ni entiende el Inglés el tribunal le proveerá un intérprete. Contacte a un empleado del tribunal inmediatamente para pedir un intérprete.

**Plaintiff/Petitioner** (First)
Amber M. Bowman
Name
PO Box 1306
Address
Willow, AK 99688
City, State, Zip
(801) 309-3591
Phone                    Email

**Defendant/Respondent** (First)
Unum Life Insurance Company of America
Name
C/o Corp. Service Co., 15 W. South Temple #600
Address
Salt Lake City, UT 84101
City, State, Zip

Phone                    Email

First **Plaintiff/Petitioner's Attorney or Licensed Paralegal Practitioner***
Andrew Reichardt
Name
11343
Bar Number

First **Defendant/Respondent's Attorney or Licensed Paralegal Practitioner***

Name

Bar Number

**Plaintiff/Petitioner** (Second)

Name

Address

City, State, Zip

Phone                    Email

Second **Plaintiff/Petitioner's Attorney or Licensed Paralegal Practitioner***

Name

Bar Number

**Defendant/Respondent** (Second)

Name

Address

City, State, Zip

Phone

Second **Defendant/Respondent's Attorney or Licensed Paralegal Practitioner***

Name

Bar Number

*Attorney or LPP addresses provided by Utah State Bar.

**Total Claim for Damages** $_____   **Jury Demand** [ ]Yes [X] No   $250 [ ] Jury Demand

**Schedule of Fees: §78A-2-301** (Choose all that apply. See Page 2 for fees for claims other than claims for damages.)

**CHOOSE ONE:**
[ ] No monetary damages are requested (URCP 26: Tier 2)
[ ] Damages requested are $50,000 or less (URCP 26: Tier 1)
[ ] Damages requested are more than $50,000 and less than $300,000 (URCP 26: Tier 2)
[ ] Damages requested are $300,000 or more (URCP 26: Tier 3)
[ ] Domestic relations (URCP 26: Tier 4)
[X] Damages are unspecified.
     Circle one:   Tier 1   Tier 2**X**   Tier 3
[ ] This case is exempt from URCP 26. (E)

$100   [ ] Damages $2001 - $9,999
$187.50 [ ] Damages $10,000 & over
— — **COMPLAINT OR INTERPLEADER** — —
$90   [ ] Damages $2000 or less
$200   [ ] Damages $2001 - $9999
$375   [ ] Damages $10,000 & over
$375   [ ] Damages Unspecified
— — **COUNTERCLAIM, CROSS CLAIM, THIRD PARTY CLAIM, OR INTERVENTION** — —
$55   [ ] Damages $2000 or less
$165   [ ] Damages $2001 - $9999
$170   [ ] Damages $10,000 & over
$170   [ ] Damages Unspecified

— — **MOTION TO RENEW JUDGMENT** — —
$45   [ ] Damages $2000 or less

**Choose One**

| Fee | | Case Type |
|---|---|---|
| | | **— — — — APPEALS — — — —** |
| $375 | [ ] | Administrative Agency Review |
| Sch | | Tax Court (Appeal of Tax Commission Decision) Court: Refer to Clerk of Court upon filing. |
| $240 | [ ] | Civil (78A-2-301(1)(h)) (E) |
| $240 | [ ] | Small Claims Trial De Novo (E) |
| $80 | [ ] | Municipal Admin. Determination. (E) |
| | | **— — — — GENERAL CIVIL — — — —** |
| Sch | [ ] | Civil Rights |
| $0 | [ ] | Civil Stalking (E) |
| $375 | [ ] | Condemnation/Eminent Domain |
| Sch | [X] | Contracts |
| Sch | [ ] | Contract: Employment Discrimination |
| Sch | [ ] | Contract: Fraud |
| Sch | [ ] | Debt Collection |
| $375 | [ ] | Essential Treatment Intervention (26B-5-503) |
| Sch | [ ] | Eviction/Forcible Entry and Detainer (E) |
| $375 | [ ] | Extraordinary Relief (URCP 65B) |
| $375 | [ ] | Forfeiture of Property (E) |
| Sch | [ ] | Interpleader |
| Sch | [ ] | Lien/Mortgage Foreclosure |
| Sch | [ ] | Miscellaneous Civil |
| $375 | [ ] | Post Conviction Relief: Capital (E) |
| $375 | [ ] | Post Conviction Relief: Non-capital (E) |
| Sch | [ ] | Property Rights |
| $375 | [ ] | Registry Removal (Gun/White Collar) |
| Sch | [ ] | Sexual Harassment |
| Sch | [ ] | Water Rights |
| $375 | [ ] | Wrongful Lien |
| Sch | [ ] | Wrongful Termination |
| | | **— — — — — TORTS — — — — —** |
| Sch | [ ] | Automobile Tort |
| Sch | [ ] | Intentional Tort |
| Sch | [ ] | Malpractice-Medical Tort |
| Sch | [ ] | Malpractice-Legal Tort; Other |
| Sch | [ ] | Premises Liability |
| Sch | [ ] | Asbestos |
| Sch | [ ] | Product Liability (NOT Asbestos) |
| Sch | [ ] | Slander/Libel/Defamation |

**— — — — DOMESTIC RELATIONS — — — —**

Use the **Utah District Court Cover Sheet for Domestic Relations Cases for the following:**
Protective Orders, Marriage Adjudication, Divorce/Annulment, Custody/Visitation/Support, Counterclaim: Divorce/Separate Maintenance, Counterclaim: Custody/Visit/Support, Counterclaim: Paternity/Grandparent Visitation, Domestic Modification, Counter-petition: Domestic Modification, Grandparent Visitation, Paternity/Parentage, Separate Maintenance, Temporary Separation, Uniform Child Custody Jurisdiction & Enforcement Act (UCCJEA), Uniform Interstate Family Support Act (UIFSA), Expungement Petition – Protective Order

| Fee | | Case Type |
|---|---|---|
| | | **— — — — JUDGMENTS — — — —** |
| $35 | [ ] | Foreign Judgment (Abstract of) (E) |
| $375 | [ ] | Foreign Country Judgment (E) |
| $50 | [ ] | Abstract of Judgment/Order of Utah Court/Agency (E) |
| $30 | [ ] | Abstract of Judgment/Order of Utah State Tax Commission (E) |
| $35 | [ ] | Judgment by Confession (E) |

**— — — — PROBATE — — — —**

Use the **Utah District Court Cover Sheet for Probate Actions for the following:**

Adoptions/foreign adoptions; conservatorships; estate personal rep; foreign probate; gestational agreements; guardianships; minor's settlements; name changes; supervised administration cases; trusts; other probate actions

**— — — — SPECIAL MATTERS — — — —**

| Fee | | Case Type |
|---|---|---|
| $35 | [ ] | Arbitration Award (E) |
| $0 | [ ] | Determination Competency-Criminal (E) |
| $150 | [ ] | Expungement Petition - Criminal (E) |
| $150 | [ ] | Expungement Petition – Eviction (E) |
| $0 | [ ] | Expungement Petition - Civil Protective Order/Civil Stalking Injunction (E) |
| $0 | [ ] | Hospital Lien (E) |
| $35 | [ ] | Judicial Approval of Document: Not Part of Pending Case (E) |
| $35 | [ ] | Notice of Deposition in Out-of-State Case/Foreign Subpoena (E) |
| $35 | [ ] | Open Sealed Record (E) |
| $50 | [ ] | Petition for Adjudication of Priority to Funds on Trustee's Sale |

**— — — — — —OCAP— — — — — —**
(Utah Code §78A-2-501)

| Fee | | Case Type |
|---|---|---|
| $20 | [ ] | Documents prepared using Online Court Assistance Program (OCAP) |

**District Court Cover Sheet for All Civil Actions**
(Not for Probate and Domestic Relations Cases)

Andrew Reichardt, Utah Bar # 11343
Attorney for Amber M. Bowman
5330 South 900 East, Suite 115
Salt Lake City, UT 84117
Telephone: (801) 261-3400
Facsimile: (801) 261-3535

---

### IN THE SECOND JUDICIAL DISTRICT COURT, IN AND FOR DAVIS COUNTY, STATE OF UTAH

---

| | | |
|---|---|---|
| AMBER M. BOWMAN, | : | |
| Plaintiff, | : | **COMPLAINT** |
| v. | : | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | : | Case No.: 240700447 |
| Defendant. | : | (Hon. Michael D. Direda) |

---

Plaintiff AMBER M. BOWMAN, through her undersigned counsel, complains and alleges against Unum Life Insurance Company of America:

### PARTIES, JURISDICTION AND VENUE

1.     Amber M. Bowman ("Plaintiff") is a natural person residing in Willow, State of Alaska.  Plaintiff was employed as a Records Administrator for Woods Cross City in Davis County, Utah in February 2019, when, because of a medical condition, she was unable to continue working.

2.     Plaintiff alleges upon information and belief that, by virtue of her employment with Woods Cross City, Plaintiff was a participant in the Woods Cross City Long Term Disability Plan, Group Policy Number 907700 001 (the "Plan").  Employee welfare

benefit plans provided by government entities are specifically precluded from Employee

Retirement Income Security Act (ERISA) pre-emption pursuant to 29 U.S.C. §

1003(b)(1).

3.    Unum Life Insurance Company of America ("Unum") is the Claims Administrator

and underwriter for the Plan. Unum can be served with process by serving Corporation

Service Company, 15 W. South Temple #600, Salt Lake City, UT 84101.

4.    This Court has jurisdiction over this case under Utah Code Annotated § 78A-5-102

and venue is appropriate pursuant to Utah Code Annotated § 78B-3-304.

5.    The remedies Plaintiff seeks in this action are for the Long Term Disability benefits

due her as provided by the Woods Cross City to its eligible employees under the Plan

underwritten by Unum, consequential damages, an award of pre- and post-judgment

interest, and attorney fees and costs.

## **FACTUAL BACKGROUND**

Plaintiff realleges and incorporates the foregoing paragraphs as though fully set

forth herein.

6.    Woods Cross City was Plaintiff's employer and provided Plaintiff coverage under

the Plan.

7.    After an elimination period of 90 days (or until the expiration of Short Term

Disability payments), the Plan provides for 66.6667% of an employee's monthly earnings

to a maximum benefit level of $7,000 per month in the event that an employee is

rendered disabled as defined by the Plan.

8.    For the first 24 months of payments, the Plan defines disability as:

> - you are limited from performing the material and substantial duties of
> your regular occupation due to your sickness or injury; and

- you have a 20% or more loss in your indexed monthly earnings due to the same sickness or injury.

9.    After benefits have been payable for a period of 24 months, the definition of disability shifts to an inability "to perform the duties of any gainful occupation for which you are reasonably fitted by education, training or experience."

10.   A participant must be under the regular care of a physician in order to be considered disabled.

11.   Lifetime cumulative benefits for participants disabled due to mental illness are limited to a maximum of 24 months of disability payments.

12.   Born in December 1980, Plaintiff was 38 years old when she stopped working.  So long as the employee remains disabled as defined by the Plan, participants are eligible to continue to receive benefits through their Social Security Normal Retirement Age (SSNRA).  Plaintiff's SSNRA is age 67.  Thus, benefits are potentially available through December 2047.

13.   Plaintiff applied for Short Term Disability through Unum and was approved for benefits.  After a termination and successful appeal, Short Term Disability benefits were exhausted.

14.   Plaintiff then made a timely application for Long Term Disability benefits pursuant to the Plan.

15.   Unum approved Plaintiff's claim by letter dated February 17, 2020.

16.   As of May 24, 2021, Unum began investigating whether Plaintiff continued to meet the Plan's requirements and began paying monthly benefits under reservation of rights.

17.   On August 27, 2021, Unum accepted liability and lifted the reservation of rights.

18.    On March 10, 2022, Unum terminated Plaintiff's Long Term Disability benefits.

19.    Plaintiff appealed of the termination decision. Her appeal was denied by letter dated October 10, 2022.

20.    Plaintiff filed a second appeal, and by letter dated October 16, 2023, Unum again denied Plaintiff's appeal.

21.    Plaintiff has been and continues to be disabled as defined by the provisions of the Plan.

### FIRST CAUSE OF ACTION
#### (Breach of Contract)

Plaintiff realleges and incorporates the foregoing paragraphs as though fully set forth herein.

22.    Unum has failed to provide Plaintiff with the Long Term Disability benefits she is entitled to despite satisfying the Plan definition of disability.

23.    The failure and refusal of Unum to pay Plaintiff benefits owed to her is a breach of the terms and provisions of the Plan.

24.    The actions of Unum have caused damage to Plaintiff in the form of denial of benefits.

25.    Unum is responsible to pay Plaintiff past due Long Term Disability benefits, and continuing benefits until Plaintiff no longer remains disabled as defined by the Plan, or until Plaintiff's SSNRA.

26.    Unum is responsible to pay pre- and post-judgment interest to the date of payment.

27.    Plaintiff is entitled to an award of attorney fees and costs as foreseeable consequential damages arising from Unum's breach of contract.

4

WHEREFORE, Plaintiff prays for judgment against Unum as follows:

1.    On Plaintiff's First Cause of Action, for an Order that the Plan or appropriate Plan fiduciary is responsible to pay Plaintiff benefits owed to her by virtue of her participation in the Plan;

2.    An Order requiring the Plan or appropriate Plan fiduciary to pay continuing benefits in the future so long as Plaintiff remains disabled under the terms of the Plan;

3.    Pre- and Post-judgment interest to the date of payment;

4.    An award of attorney fees and costs; and

5.    For such further relief as the Court deems equitable.

Dated this 20th day of April, 2024.

> Respectfully Submitted,
>
> ANDREW REICHARDT
> ATTORNEY FOR PLAINTIFF
>
>
> BY:    /s/ Andrew Reichardt
>           Andrew Reichardt (#11343)
>           Attorney for Plaintiff

Plaintiff's Address:
Willow, AK

The Law Office of Andrew Reichardt
5330 South 900 East, Suite 115
Salt Lake City, UT 84117



**Retail**

U.S. POSTAGE PAID
FCM LETTER
SALT LAKE CITY, UT 841
MAY 01, 2024

**$9.21**

S2324D503228-3

7020 1810 0001 7048 8348

84101

**RDC 99**

Unum Life Insurance Company of America
C/o Corporation Service Company
15 W. South Temple #600
Salt Lake City, UT 84101

84101-153650

# EXHIBIT B

## Pre-Disability Monthly Earnings (BME) or Weekly Earnings (BWE) Calculation Worksheet

**Insured Name:**    Amber M Bowman

**Date of Disability:**    1/30/2019

Special Instructions for BME:    Base only

### Salary/ Current Income Definitions

| | | | | | | Taxability coding confirmed at initial review? | ☑ Yes    ☐ No |
|---|---|---|---|---|---|---|---|
| | | | | | | LTD / STD Taxability = | LTD |
| | | | | | | If yes, select system = | BAS |
| A) | ER Statement | Hours | 40/wk | Sal / Rate | $1,964.99/bwk | "% Non-Taxable" per BAS = | 0.00% |
| B) | WEEQ and/or IPC | Hours | Not Provided | Sal / Rate | Not Provided | Tax documentation = | Policy/Plan-Info |
| C) | Payroll Docs | Hours | Salaried | Sal / Rate | $1,964.99/bwk | | |
| D) | Earnings Incl: | ☐ Commissions | ☐ Bonuses | ☐ Overtime | ☐ Shift | ☑ Other | Other Description _____ |

**Earnings Calculation for Salary/Current Income Definition:**

1) Salary per pay period

| **Complete** | Weekly | _____ | x | 52 / 12 | = | _____ |
|---|---|---|---|---|---|---|
| **only ONE** | Bi-Weekly | 1,964.99 | x | 26 / 12 | = | 4,257.48 |
| **Line:** | Semi-monthly | _____ | x | 24 / 12 | = | _____ |
| | Monthly | _____ | x | 1 / 1 | = | _____ |
| | Annual | _____ | x | / 12 | = | _____ |
| | | | | | Monthly: 1) | 4,257.48 |

2) Plus additional earnings identified in Line D.    **(Obtain Payroll Records.)**

| Bonus | _____ | / | _____ | months | = | _____ |
|---|---|---|---|---|---|---|
| Commission | _____ | / | _____ | months | = | _____ |
| Overtime | _____ | / | _____ | months | = | _____ |
| Shift | _____ | / | _____ | months | = | _____ |
| Other | _____ | / | _____ | months | = | _____ |
| | | | PLUS | | Monthly: 2) | - |

3) **Does the earnings definition include income before any deductions are made for pre-tax** contributions? If YES, then enter zero and go to Step 4.

   **If NO, DEDUCT pre-tax items (obtain pre-disability payroll records.)**

   **Enter MONTHLY gross wages not subject to Def Comp %, if any:** [_____]

| LESS | a) Deferred Compensation (e.g. 401k, 403b) | _____ | % = | 3a) | - |
|---|---|---|---|---|---|
| LESS | **b) Section 125 &** | _____ | x | _____ | Pay Period / 12 | 3b) | - |
| | **0.00%** Def. Comp and Sec. 125 as a % of gross. | | | | |

4) **Total Monthly Pre-Disability Earnings (PMI/BME)**    4)    4,257.48

5) **For STD: Please select STD payment mode:**    Weekly

   **Total Weekly Pre-Disability Earnings for STD**    5)$    982.50

Completed by:    Nancy Mehandiratta, FBS    12/9/2019